# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| REBECCA SUTHERLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. _____ |
| GLOBAL EQUIPMENT CO., INC., | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

Defendant Global Equipment Co., Inc. ("Global" or "Defendant"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes Civil Action No. 16A08492-6 from the Superior Court of Gwinnett County, Georgia on the following grounds:

1.

On August 23, 2016, Plaintiff Rebecca Sutherland ("Plaintiff") filed suit against Global in the Superior Court of Gwinnett County, Georgia (the "Action"). The Action was designated as Civil Action No. 16A08492-6.

2.

On August 25, 2016, Global received service of the Summons and Complaint. True and accurate copies of the Summons and Complaint are attached hereto as Exhibit "A."

3.

The first date on which Global received a copy of the Complaint was on August 25, 2016. Therefore, this Notice of Removal is timely filed within 30 days of service of the Complaint, as required by 28 U.S.C. § 1446(b).

4.

Global has not filed an answer or other pleading in the Superior Court of Gwinnett County, Georgia.

5.

The Complaint in the Superior Court Case is an action brought under the Family Medical and Leave Act of 1993 ("FMLA"). (Compl. ¶ 2). The Complaint also indicates a possible claim under the Americans with Disabilities Act ("ADA"). Id.

6.

This action is within original federal question jurisdiction of the United States District Court, pursuant to 28 U.S.C. § 1331, as Plaintiff's action alleges

violations of the FMLA and possibly alleges violations of the ADA. Thus, this action is properly removable to federal court.

7.

The United States District Court for the Northern District of Georgia, Atlanta Division, includes the Superior Court in which Plaintiff filed her Complaint. Thus, removal to this Court is proper pursuant to 28 U.S.C. § 1446(a).

8.

Global submits this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has stated claims upon which relief may be granted.

9.

Global is filing, contemporaneously with this Notice, a Notice of Filing Notice of Removal with the Clerk of the Superior Court of Gwinnett County, Georgia, informing the Clerk that the Action is being removed.

WHEREFORE, Global hereby removes the Action to this Court.

This 22nd day of September, 2016.

>*/s/ L. Dale Owens*
>L. Dale Owens
>Georgia Bar No. 557482
>OwensD@jacksonlewis.com
>JACKSON LEWIS P.C.
>1155 Peachtree Street
>Suite 1000

Atlanta, Georgia 30309-3600
Telephone: (404) 525-8200
Facsimile: (404) 525-1173

ATTORNEYS FOR DEFENDANT

## **CERTIFICATION**

In accordance with Civil Local Rules 5.1C and 7.1D, I hereby certify that this document has been prepared in 14 point, Times New Roman font.

*/s/ L. Dale Owens*
L. Dale Owens

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| REBECCA SUTHERLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. _____ |
| | ) |
| GLOBAL EQUIPMENT CO., INC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2016, I served the within and foregoing **NOTICE OF REMOVAL** upon counsel of record for Plaintiff via United States mail, postage prepaid, to:

> William L. Colvin
> William L. Colvin, P.C.
> 11080 Old Roswell Road
> Suite 103E
> Alpharetta, Georgia 30009

> */s/ L. Dale Owens*
> L. Dale Owens