**UNITED STATES COURT OF APPEALS**
For the Eleventh Circuit

———————

No. 18-13384

———————

District Court Docket No.
1:16-cv-03560-MHC

REBECCA SUTHERLAND,

                  Defendant - Appellant Cross-Appellee,

versus

GLOBAL EQUIPMENT CO., INC.,

                  Plaintiff - Appellee Cross-Appellant.

———————

Appeals from the United States District Court for the
Northern District of Georgia

———————

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 04, 2019
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

ISSUED AS MANDATE 11/04/2019

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 04, 2019

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 18-13384-AA
Case Style: Rebecca Sutherland v. Global Equipment Co., Inc.
District Court Docket No: 1:16-cv-03560-MHC

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
Bill of Costs

Court of Appeals Docket No. 18-13384

Rebecca Sutherland vs. Global Equipment Co., Inc.

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) In-House / Comm* | | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — | — | — | — | — | | |
| Appellant's Brief | | | | | | | |
| Appendix | X | | 396 | 2 | 792 | 118.80 | 118.80 |
| Appellee's Brief | | X | 45 | 7 | 315 | 25.20 * | 25.20 |
| Reply Brief | | X | 9 | 7 | 63 | 5.04 * | 5.04 |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $149.04 REQUESTED | $ 149.04 ALLOWED |

* Amount requested is less than .25/page.

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: /s/ Lauren F. Gordon
Attorney Name: /s/ Lauren F. Gordon (Type or print your name)
E-mail: lauren.gordon@jacksonlewis.com
Street Address/City/State/Zip: 171 17th St., Suite 1200, Atlanta, GA 30363

Date Signed: 10/11/2019
Attorney for: Global Equipment Co., Inc. (Type or print name of client)
Phone: (404) 525-8200

FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ $149.04 against Appellant
and are payable directly to Appellee

David J. Smith, Clerk of Court
By: Tina Porter   DATE: 10/15/2019
    Deputy Clerk

Issued on: _____

BOC Rev.: 6/17